| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>FRIEDMAN, BERNARD A | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>3/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ACTIVE U. S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>238 UNITED STATES COURTHOUSE<br>231 WEST LAFAYETTE BOULEVARD<br>DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Board | Children's Hospital of Michigan |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982-pre | State of Michigan 48th District Court Pension Fund |

RECEIVED MAR 24 10 59 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. ▓▓▓▓ | 2003 Self-Employment Psychological Practice |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. ** NOTHING TO REPORT ** | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA AND PENSION ACCOUNT: 48th District Court | A | Div/Int | M | T | | | | | |
| 2. Growth & Income. | | | | | | | | | Formerly "Fidelity" |
| 3. Invesco Dynamics | | | | | | | | | Omitted Last Year |
| 4. Templeton Foreign Fund | | | | | | | | | Name Changed |
| 5. STATE OF MICHIGAN 401K: | A | Div/Int | K | T | | | | | |
| 6. Dodge & Cox Stock Fund | | | | | | | | | |
| 7. Am Fund Euro-Pacific | | | | | | | | | |
| 8. Fidelity Magellan | | | | | | | | | |
| 9. Fidelity Fund Manager Program Portfolio Advisory | C | Div. | M | T | | | | | |
| 10. Lloyd's Mobile Home Limited Partnership | | | | | | | | | |
| 11. Mobile Home Park Interest - 6/84 $15,000 | B | Distribution | K | R | | | | | |
| 12. Archwood Apartment Assoc. Ltd. P'ship Interest | | | | | | | | | |
| 13. in Apartment Project Acquired 4/87 $24,000 | B | Distribution | K | R | | | | | |
| 14. Lighthouse Pte. Apt. Project Limited Partners | | | | | | | | | |
| 15. Gifted to Me 12/87 - Value as per Letter of 12/87 | | | | | | | | | |
| 16. from General Partner $16,600 | B | Distribution | K | V | | | | | |
| 17. Weathervane Apartment Assoc., a Limited Partnership | A | Distribution | K | U | | | | | |
| 18. Bellridge Apartment Assoc., Limited Partnership | A | Distribution | K | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | FRIEDMAN, BERNARD A | 3/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Kingsborough Ltd. P/S in Mobile Home Park | B | Distribution | K | W | | | | | |
| 20. Vista Del Sol Ltd. P/S in Mobile Home Park | B | Distribution | K | W | | | | | |
| 21. High Country, Ltd. | B | Distribution | K | W | | | | | |
| 22. OLTC, Ltd. | A | Distribution | K | R | Buy | 8/15 | K | A | OLT, LTD. |
| 23. Bank One | | | | | | | | | |
| 24. Certificates of Deposit and Regular Savings | C | Interest | K | T | | | | | |
| 25. Nationwise Ins. Co. | A | Interest | K | T | | | | | |
| 26. U. S. Savings Bonds | B | Interest | K | T | | | | | |
| 27. COMMON STOCKS: | | | | | | | | | |
| 28. Pepsico | B | Dividend | M | T | | | | | |
| 29. Disney | A | Dividend | J | T | | | | | |
| 30. Kellogg | A | Dividend | K | T | | | | | |
| 31. Lockheed Martin | A | Dividend | J | T | | | | | |
| 32. CMS Energy | A | Dividend | J | T | | | | | |
| 33. NCR | A | Dividend | J | T | | | | | |
| 34. Wal-Mart | A | Dividend | J | T | | | | | |
| 35. Glimcher Realty Trust | A | Dividend | J | T | | | | | |
| 36. Lehman Bros. Holding | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person orting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 3/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.  Magellan Fund - Fidelity | A | Interest | J | T | | | | | |
| 38.  MUNICIPAL BONDS: | | | | | | | | | |
| 39.  Detroit MI Sew Disp | A | Interest | J | T | | | | | |
| 40.  Roseville MI Com. Schools | A | Interest | J | T | Buy | 01/14 | J | A | Merrilly, Lynch |
| 41.  Huron Valley School Dist | A | Interest | J | T | | | | | |
| 42.  MI Municipal Board Authority | A | Interest | J | T | Sold | 07/29 | J | | Merrill, Lynch |
| 43.  Anmadami Schools | A | Interest | L | T | Buy | 07/29 | L | | Merrill, Lynch |
| 44.  MI State Trunk Line | A | Interest | J | T | | | | | |
| 45.  Farmington Hills, MI | A | Interest | J | T | | | | | |
| 46.  IRAs and SEPs: | | | | | | | | | |
| 47.  FIDELITY CORP. IRA: | | | | | | | | | |
| 48.  Diversified International | A | Dividend | J | T | Buy | 12/30 | J | | Fidelity |
| 49.  Appreciation Fund | A | Dividend | K | T | | | | | |
| 50.  Stock Selector Fund | A | Dividend | J | T | | | | | |
| 51.  Magellan | A | Dividend | J | T | | | | | |
| 52.  Aggressive Growth | A | Dividend | J | T | Sold | 12/30 | J | A | Fidelity |
| 53.  FIDELITY SEP/IRA: | | | | | | | | | |
| 54.  Contrafund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 3/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Aggressive Growth | A | Dividend | J | T | Sold | 12/30 | J | A | Fidelity |
| 56. Fidelity Bal | A | Dividend | J | T | Buy | 12/30 | J | | Fidelity |
| 57. Fidelity Growth & Income | A | Dividend | J | T | | | | | |
| 58. Alpine Realty Income | A | Dividend | J | T | Buy | 12/30 | J | | Fidelity |
| 59. Janus Fund | A | Dividend | J | T | | | | | |
| 60. TWENTIETH CENTURY SEP/IRA: | | | | | | | | | |
| 61. Ultra Investors | A | Dividend | J | T | | | | | |
| 62. T. ROWE PRICE SEP/IRA: | | | | | | | | | |
| 63. Science & Technology | A | Dividend | J | T | | | | | |
| 64. COMMON STOCK HLD BY WACHOVIA | | | | | | | | | Formerly "Prudential" |
| 65. Abbott Labs | A | Dividend | L | T | | | | | |
| 66. Agere Sys A | A | Dividend | J | T | | | | | |
| 67. Agere Sys B | A | Dividend | J | T | | | | | |
| 68. Air Products & Chem. | A | Dividend | K | T | | | | | |
| 69. American International Group | A | Dividend | M | T | | | | | |
| 70. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 71. AT&T | A | Dividend | K | T | | | | | |
| 72. AT&T Wireless Service | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 74. Avaya | A | Dividend | J | T | | | | | |
| 75. Bank One | A | Dividend | K | T | | | | | |
| 76. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 77. CISCO Systems | A | Dividend | K | T | | | | | |
| 78. Coca-Cola | A | Dividend | K | T | | | | | |
| 79. Comcast Corp New A | A | Dividend | J | T | | | | | |
| 80. EDS | A | Dividend | J | T | | | | | |
| 81. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 82. Fifth Third Bank | A | Dividend | J | T | | | | | |
| 83. Gannett Co. | A | Dividend | K | T | | | | | |
| 84. Gartner Group - B | A | Dividend | J | T | | | | | |
| 85. General Electric | A | Dividend | L | T | | | | | |
| 86. General Mills | A | Dividend | K | T | | | | | |
| 87. Halliburton | A | Dividend | J | T | | | | | |
| 88. Home Depot | A | Dividend | J | T | | | | | |
| 89. Imagistics Int'l | A | Dividend | J | T | | | | | |
| 90. IMS | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 3/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Intel Corp. | A | Dividend | M | T | | | | | |
| 92. IBM | A | Dividend | L | T | | | | | |
| 93. Iomega Corp. | A | Dividend | J | T | | | | | |
| 94. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | Was "Stillwell Financial" |
| 95. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 96. Kimberly Clark | A | Dividend | K | T | | | | | |
| 97. Kroger Co. | A | Dividend | J | T | | | | | |
| 98. Limited | A | Dividend | J | T | | | | | |
| 99. Lucent Technologies, Inc. | A | Dividend | J | T | | | | | |
| 100. Masco Corp. | A | Dividend | J | T | | | | | |
| 101. McDonald's Corp. | A | Dividend | K | T | | | | | |
| 102. Medco Health Solutions | | | | | | | | | |
| 103. Merck & Co. | B | Dividend | M | T | | | | | |
| 104. Motorola | A | Dividend | M | T | | | | | |
| 105. Perot Systems | A | Dividend | J | T | | | | | |
| 106. Pitney Bowes | A | Dividend | J | T | | | | | |
| 107. Prudential Financial | A | Dividend | J | T | | | | | |
| 108. Rohm & Haas Co. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 3/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 110. Synvant | A | Dividend | J | T | | | | | |
| 111. Sysco Corp. | A | Dividend | K | T | | | | | |
| 112. Time Warner | A | Dividend | J | T | | | | | Formerly "AOL" |
| 113. Too, Inc. | A | Dividend | J | T | | | | | |
| 114. Total Fina | A | Dividend | K | T | | | | | |
| 115. Tyco International | A | Dividend | K | T | | | | | |
| 116. Wachovia Corp. | A | Dividend | K | T | | | | | |
| 117. Walgreen | A | Dividend | J | T | | | | | |
| 118. Walt Disney | A | Dividend | K | T | | | | | |
| 119. Whole Foods | A | Dividend | J. | T | | | | | |
| 120. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 121. 3 M Co. | A | Dividend | K | T | | | | | |
| 122. COLUMBIA SPECIAL FUND | A | Dividend | J | T | | | | | |
| 123. JANUS OVERSEAS FUND | A | Dividend | J | T | | | | | |
| 124. R S EMERGING GROWTH | A | Dividend | J | T | | | | | |
| 125. ONE GROUP: | | | | | | | | | |
| 126. One Group Mid-Cap Value Fund | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 3/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. One Group Diversified Mid-Cap | A | Dividend | K | T | | | | | |
| 128. One Group Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 129. One Group International Fund | A | Dividend | J | T | | | | | |
| 130. VANGUARD: | | | | | | | | | |
| 131. Growth Index Fund | A | Dividend | J | T | | | | | |
| 132. RENTAL PROPERTY -BIRMINGHAM, MI (2000 - $215,000) | A | Rent | M | R | Sold | 5/15 | M | A | Century 21 |
| 133. FIDELITY PORTFOLIO FUND MANAGER ACCOUNT | C | Dividend | N | O | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

███████ I are trustees of an Irrevocable Living Trust created January 19, 1990 by ███████ for the sole purpose of owning an insurance policy on their lives. As trustees, at this point, all we are required to do is pay the insurance premiums.

## VII. INVESTMENTS AND TRUSTS

Highland Group, Limited Partnership was sold in 2000 (see Financial Disclosure Report dated May 9, 2001). Inadvertently, the name was retained on the report since that time but has now been corrected (deleted).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting

FRIEDMAN, BERNARD A | Date of Report

3/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

Date __3/18/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544